UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

JARVIS EDUARDO MCMILLAN,
    Plaintiff,
v.
WILMA CHAN,
    Defendant.

Case No. 25-cv-08098-TLT

**ORDER OF DISMISSAL**

Plaintiff filed a *pro se* complaint from Santa Rita Jail against Highland Hospital director Wilma Chan under 42 U.S.C. § 1983. Plaintiff will be granted leave to proceed *in forma pauperis* by separate order.

The complaint describes the events of approximately May 21, 2021, when plaintiff was taken to Highland Hospital with a gunshot wound. Plaintiff has already brought a lawsuit in this Court about this same incident. The case was assigned Case No. 24-cv-4655 and was dismissed for failure to state a claim.

Federal courts only have jurisdiction over certain types of cases and claims: cases involving diversity jurisdiction, where the parties reside in different states, and cases involving questions of federal law or violations of the U.S. Constitution. As the Court explained in Case No. 24-cv-4655, plaintiff's allegations against Highland Hospital staff arising out of an incident before his incarceration do not involve federal law and do not state a constitutional claim. His treatment at the hospital was not under color of state law because he was a private citizen at the time, and the Due Process Clause does not generally confer upon the state affirmative duties of care and protection with respect to private citizens. If plaintiff continues to file new complaints about this incident in this Court, the cases will continue to be dismissed and plaintiff will be required to pay

the full filing fee, through monthly installments, for each case. The dismissals will also count as "strikes", and after three strikes plaintiff will not be permitted to proceed *in forma pauperis* any more for future lawsuits unless he alleges imminent danger.

A prisoner may not bring a civil action or appeal a judgment in a civil action or proceeding under 28 U.S.C. § 1915 (i.e., may not proceed *in forma pauperis*) "if the prisoner has, on 3 or more prior occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury." 28 U.S.C. § 1915(g).

Plaintiff can attempt to file a lawsuit in state court about his treatment at Highland Hospital in 2021. This Court cannot assist him with filing a lawsuit in state court.

The case is dismissed for failure to state a claim upon which relief may be granted. The Clerk shall terminate any pending motions, enter judgment, and close the file.

**IT IS SO ORDERED.**

Dated: September 26, 2025

TRINA L. THOMPSON
United States District Judge